UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
DEC 26 2007
MARY E. D'ANDREA, CLERK
Per ___

Jonathan Lee Riches©,         1:07-CV-2322
Plaintiff                     CIVIL NO:

v.

Dirk Nowitzki d/b/a DALLAS MAVERICKS NBA PLAYER;
MARK CUBAN d/b/a DALLAS MAVERICKS owner,
Defendants

Complaint

"Dunking over my Life / Mark Cuban missle crisis on my Civil Rights"

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983 and a restraining order. Plaintiff seeks $30 million. Mark Cuban is getting Nowitzki and german soldiers for the Mark Cuban missle crisis on Federal inmates, me in general. I'm in Solitary confinement at FCI Williamsburg. I have no access to proper recreation. Defendants bounce basketballs outside my cell all night to tease me. Nowitzki is sending me to Nuremberg trials, because I know the Mavericks bet on basketball games. Also, Mr. Cuban has secret ties with Broadcast.com execs and Al-Jazerra T.V. They plan to shoot 6e in Dallas because my initials are J.R.. If you spell Dallas backwards it says Salad. I'm not being fed right in solitary. I'm being burnt with cuban cigars. Dirk is a big Jerk!
I seek a restraining order from Defendants to stop Mavericks Basketball for the 2008 season

Jonathan Lee Riches©
#40948-018
FCI Williamsburg        843-387-9400
P.O. Box 340
Salters, S.C. 29590

respectfully
submitted
Jonathan Lee Riches©

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295
17 DEC 2007 PM 2 T

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut St.
Harrisburg, PA 17108

17108+3800

Legal Mail